**Order entered June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00593-CR

### JOSE LOZANO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-31495-M**

## ORDER

The Court **REINSTATES** this appeal.

On May 18, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** our May 18, 2015 order requiring findings.

We **GRANT** appellant's June 20, 2014 motion to file appellant's brief and lift the order of abatement.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     ADA BROWN
         JUSTICE